EDWARD J. SMYKE, as Limited Administrator of the Estate of KENNETH R. SMYKE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30738.)

Argued June 1, 1954; decided July 14, 1954.

*Ralph E. Wickins* and *Daniel F. Fitzgerald, Jr.,* for appellant.
*Nathaniel L. Goldstein, Attorney-General (John R. Davison*
and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-
SEL and VAN VOORHIS, JJ.